IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00206-PAB-KLM

EDWARD DAVIS THORP,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to File Amended Complaint** [Docket No. 18; Filed August 23, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Amended Complaint [Docket No. 18-1] is accepted for filing as of today's date.

IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint on or before **September 9, 2011**.

Dated: August 26, 2011