**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00206-PAB-KLM

EDWARD DAVIS THORP,

    Plaintiff,

v.

USA, (actually named as United States of America),

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER (docket number 43) of Judge Philip A. Brimmer entered on November, 16, 2012, it is,

    **ORDERED** that defendant's Motion for Summary Judgment [Docket No. 30] is **GRANTED**.

    **IT IS FURTHER ORDERED** that judgment is entered in favor of defendant UNITED STATES OF AMERICA and against plaintiff EDWARD DAVIS THORP and this case is **DISMISSED**..

    **IT IS FURTHER ORDERED** that, within 14 days of the entry of judgment, defendant may have its costs by filing a bill of costs with the Clerk of the Court.

    Dated at Denver, Colorado this 16th day of November, 2012.

                                                   FOR THE COURT:
                                                   JEFFREY P. COLWELL, CLERK

                                                   By: s/Edward P. Butler
                                                   Edward P. Butler
                                                   Deputy Clerk